IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                               CHAPTER 7
BELINDA GAY GANDY                                                 CASE NO. 04-55720 HEG

### RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS, AND AMOUNTS

**COMES NOW**, Eileen N. Shaffer, Trustee, by and through her attorney, pursuant to 11 U.S.C. §347 and Rules 3010(a) and 3011, FRBP, and files the following Rule 3011 List of Unclaimed Funds, Claimants, and Amounts, to wit:

| CLAIMANT'S NAME | CLAIMANT'S ADDRESS | AMOUNT |
|---|---|---|
| Belinda Gay Gandy | c/o Kenneth H. Meyer, Esq.<br>Southeast MS Legal Service<br>P. O. 1728<br>Hattiesburg, MS 39403-1728 | $439.03 |
| Belinda Gay Gandy | c/o Kenneth H. Meyer, Esq.<br>Southeast MS Legal Service<br>P. O. 1728<br>Hattiesburg, MS 39403-1728 | $ 71.34 |

A true and correct copy of the check register reflecting that check numbers 105 and 106 were issued to the above named Debtor is attached hereto and incorporated herein as Exhibit "A".

**WHEREFORE, PREMISES CONSIDERED,** Eileen N. Shaffer, Trustee, respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts be received and filed.

Respectfully submitted,
CHAPTER 7 TRUSTEE

BY: _____
EILEEN N. SHAFFER
Attorney for Trustee

EILEEN N. SHAFFER
Mississippi Bar No. 1687
Post Office Box 1177
Jackson, Mississippi 39215-1177
(601) 969-3006

### CERTIFICATE OF SERVICE

I, Eileen N. Shaffer, attorney for Trustee, do hereby certify that I have this date mailed by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Rule 3011 List of Unclaimed Funds, Claimants, and Amounts to the following:

    Belinda Gay Gandy
    c/o Kenneth H. Meyer, Esq.
    Southeast MS Legal Service
    P. O. 1728
    Hattiesburg, MS 39403-1728

    United States Trustee
    100 West Capitol Street
    Suite 706
    Jackson, Mississippi 39269

**SO CERTIFIED** this the _____ day of December, 2006.

_____
EILEEN N. SHAFFER

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 04-55720 HEG | Trustee: | EILEEN N. SHAFFER (440040) |
|---|---|---|---|
| Case Name: | GANDY, BELINDA GAY | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****52-65 - Money Market Account |
| Taxpayer ID #: | 13-7456926 | Blanket Bond: | $1,656,632.00 (per case limit) |
| Period Ending: | 12/20/06 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/25/05 | {1} | UNITED STATES TREASURY | Federal Tax Refund for 2004 | 1224-000 | 2,604.00 | | 2,604.00 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.10 | | 2,604.10 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 0.77 | | 2,604.87 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 0.83 | | 2,605.70 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 0.90 | | 2,606.60 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 1.00 | | 2,607.60 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 1.03 | | 2,608.63 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.13 | | 2,609.76 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.18 | | 2,610.94 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.31 | | 2,612.25 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 1.47 | | 2,613.72 |
| 02/27/06 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.7000% | 1270-000 | 1.30 | | 2,615.02 |
| 02/27/06 | | To Account #*********5266 | TRANSFER TO DDA ACCOUNT | 9999-000 | | 2,615.02 | 0.00 |
| | | | ACCOUNT TOTALS | | 2,615.02 | 2,615.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,615.02 | |
| | | | Subtotal | | 2,615.02 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,615.02 | $0.00 | |

EXHIBIT A

{} Asset reference(s)

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-55720 HEG
**Case Name:** GANDY, BELINDA GAY

**Taxpayer ID #:** 13-7456926
**Period Ending:** 12/20/06

**Trustee:** EILEEN N. SHAFFER (440040)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****52-66 - Checking Account
**Blanket Bond:** $1,656,632.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | T-Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/27/06 | | From Account #********5265 | TRANSFER TO DDA ACCOUNT | | 9999-000 | 2,615.02 | | 2,615.02 |
| 07/31/06 | 101 | EILEEN N. SHAFFER | PER COURT ORDER DATED 7/20/06 | | | | 550.48 | 2,064.54 |
| | | | TRUSTEE'S COMPENSATION | 526.16 | 2100-000 | | | 2,064.54 |
| | | | TRUSTEE'S EXPENSES | 24.32 | 2200-000 | | | 2,064.54 |
| 07/31/06 | 102 | ALL ANIMAL CLINIC | PER COURT ORDER DATED 7/20/06 | | 7100-000 | | 129.47 | 1,935.07 |
| 07/31/06 | 103 | CREDIT FIRST NA | PER COURT ORDER DATED 7/20/06 | | 7100-000 | | 116.70 | 1,818.37 |
| 07/31/06 | 104 | Chase Bank USA, N.A. | PER COURT ORDER DATED 7/20/06 | | 7200-000 | | 1,308.00 | 510.37 |
| 07/31/06 | 105 | BELINDA GAY GANDY | PER COURT ORDER DATED 7/20/06 | | 8200-002 | | 439.03 | 71.34 |
| 07/31/06 | 106 | BELINDA GAY GANDY | PER COURT ORDER DATED 7/20/06 Stopped on 12/20/06 | | 8500-002 | | 71.34 | 0.00 |
| 12/20/06 | 105 | BELINDA GAY GANDY | PER COURT ORDER DATED 7/20/06 Stopped: check issued on 07/31/06 | | 8200-002 | | -439.03 | 439.03 |
| 12/20/06 | 106 | BELINDA GAY GANDY | PER COURT ORDER DATED 7/20/06 Stopped: check issued on 07/31/06 | | 8500-002 | | -71.34 | 510.37 |
| 12/20/06 | 107 | UNITED STATES BANKRUPTCY COURT | Rule 3011 filed 12/20/06 - Unclaimed Cks #105 & #106 issued to Debtor | | 7100-000 | | 510.37 | 0.00 |

Subtotals : $2,615.02  $2,615.02

{} Asset reference(s)                                                                                                                                       !-Not printed or not transmitted       Printed: 12/20/2006 09:47 AM    V.8.12

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 04-55720 HEG
**Case Name:** GANDY, BELINDA GAY
**Taxpayer ID #:** 13-7456926
**Period Ending:** 12/20/06

**Trustee:** EILEEN N. SHAFFER (440040)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****52-66 - Checking Account
**Blanket Bond:** $1,656,632.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | ACCOUNT TOTALS | | 2,615.02 | 2,615.02 | $0.00 |
| | | | Less: Bank Transfers | | 2,615.02 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,615.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $2,615.02 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***_*****52-65 | 2,615.02 | 0.00 | 0.00 |
| Checking # ***_*****52-66 | 0.00 | 2,615.02 | 0.00 |
| | $2,615.02 | $2,615.02 | $0.00 |